(Charles Caston)
Plaintiff
-vs-
Martin King III
Bernece King
Honorable Louis Farrakhan
Dexter King
Yolanda King  Marco Spoon
Dureable V. Caston  Shelia Jackson Lee, F.C.C.
Defendants

Request for Restraining Order and Order of Protection

1. Now comes Charles Caston,
6842 Leedale St. Houston, Texas, 77016
Pro Se
Charles Caston

2. Martin King III
   Louis Farrakhan
   Bernece King
   Dexter King
   Yolanda King
   Dureable V. Caston
   Shelia Jackson Lee

3. Jacqueline Barrett    49    Yes    Sister
   Kristian Barrett      17    Yes    Niece
   Jarvis Caston         17    Yes    Nephew

4. No relation to the Kings
   No relation to the Louis Farrakhan
   Was Married to Dureable V. Caston
   child, Jonathan V. Caston  17, 4-16-89

5.(A) We have been involved in other cases  Yes
   • King County  New York
   (B) There is no restraining order for domestic violence, protective, or

6. I ask the court to order the person in (2) not to do any of the things to me or any of the people listed in (3):
   a. Harass, attack, strike, threaten, assault (sexually or otherwise), hit follow, stalk, molest, destroy personal property, disturb the peace, keep under surveillance, or block movement, contact (either directly or indirectly

mead

Charles Caston
Plaintiff
-VS-
Martin King III
Bernece King
Honorable Louis Farrakhan
Dexter King
Yolanda King
Dureable V. Caston
Shelia Jackson Lee   Marco Spoon, F.C.C.
Defendant

Request for restraining order and order of Protection

6. Telephone, or send messages or mail or e-mail

7. I ask the court to order the person in (2) to stay at least 17 yards away from: me, and the children's school!

8. I have the right to live at: 6842 Leedale St. Houston, Texas, because: I pay rent.
Cypress, TX
15102 Carraway Ct: because the property was stolen!

9. No child support, or visitation

10. No spousal support

11. I ask for permission to record communication made to us by the person in (2) that violate the Judge's orders.

12. I ask the court to give only me temporary use, possession and control of the property listed here:
15102 Carraway Ct. Cypress, Texas, 77429

14. I am, married to or have a none registered domestic partnership with the person in (2). I ask the Judge to order that the person in (2) not borrow against, sell, hide, or get rid of or destroy any possessions or property, except in the case of emergency. I also ask the Judge to order the person in (2) to notify me of any new or big expenses and to explain them to the court.

mead

Charles Caston
Plaintiff
-VS-
Martin King III
Bernece King
Yolanda King
Dexter King
Duneable V. Caston
Shelia Jackson Lee, Louis Farrakhan F.C.C.
Marco Spoon
Defendant

Request For Restraining Order and Order of Protection

15. I ask That The person in (2) pay all Legal Fees and court costs.

16. I ask That The person (2) pay services caused directly by The person in (2) (damaged property, medical care, counseling, Temporary housing, etc.
Pay To:            For:            Amount: $
Pay To:            For:            Amount: $
Pay To:            For:            Amount: $

17. I ask The court To order The person Listed in (2) To go To a 52-week battered intervention program and show proof of completion To The court.

18. No Fee To serve (Notify) Restrained Person

19. I want The papers served 30 days before court date.

20. I am, That all Files with My Name: Charle Caston AKA Charles Muhammad, Muhammad Farrakhan, Charles Ali, Charles Shabazz, Charles Ibn, Elisha Muhammad, Charles Muhammad Jr. Elijah Muhammad Jr. Charles X.

21. Turn in guns or Fire arms That he or she control

22. Describe The most recent abuse:

Charles Caston
Plaintiff
-VS-
Martin King III
Bernece King
Yolanda King
Dexter King
Duneable V. Caston
Shelia Jackson Lee
Louis Farrakhan F.C.C.
~~Plaintiff~~
Defendant

REQUEST FOR RESTRAINING ORDER and ORDER OF PROTECTION

22. Describe the most recent abuse:
a. Date of the most recent abuse: 3-7-06
B. Who was there? Jacqueline Barrett
C. What did the person in (2) do or say that made you afraid?
Money was taken out of my room, $20.00
My sister threathened to evict me to the streets!
Money taken from me in the Houston Public Library
copies came out blank!

d. No gun use but radio and television used to make me afraid! Open microphone in my life, hidden camera's control of radio one, and television channel selection
E. I have a unusual knot on my right foot and a knot on my ass, and a knot on my left thigh! Control of the telephone, theft of John Legend's cd. from room
F. No police were called, mail missing consult general contracts!
I have no knowledge of child abuse or molestation!

I declare under penalty of perjury under the laws of the state of Texas that the information above is true and correct.
3-7-06
Charles Caston          Charles Caston
         This is not a court.
         Request for Order
    (Domestic Violence Prevention)

mead